[No. 30158-6-I.   Division One.   February 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT LACEY WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05724-5, Ricardo S. Martinez, J., entered February 19, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Coleman and Agid, JJ.

[No. 31142-5-I.   Division One.   February 7, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. NELLIE B. BROOKS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00418-2, John F. Wilson, J., entered July 24, 1992. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Scholfield and Grosse, JJ.

[Nos. 31340-1-I; 32450-1-I.   Division One.   February 7, 1994.]

*In the Matter of the Marriage of* KAREN P. McDANIEL, *Respondent, and* JOHN WAYNE McDANIEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-3-02062-0, Edward Heavey, J., entered August 6, 1992. *Reversed* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Forrest, J.

[No. 31256-1-I.   Division One.   February 7, 1994.]

FRED B. PHILLIPS, JR., *Appellant*, v. GERALD L. MOORE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-09966-7, Robert S. Lasnik, J., entered July 28, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield and Agid, JJ.